IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>SHANNON E. WILLIAMS<br>　　　　Defendant. | 8:93CR27<br><br>JUDGMENT |

　　　　Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's "Petition for Writ of Habeas Corpus 2255" under 28 U.S.C. § 2255, Filing No. 595, is denied, with prejudice.

　　　　DATED this 7th day of November, 2005.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　United States District Judge