IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:93CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to compel, depart or in the alternative motion to withdraw plea and brief (Filing No. 679), motion to continue and brief (Filing No. 680), and plaintiff's objections to motion to continue and brief (Filing No. 681). Having reviewed the motions,

IT IS ORDERED:

1) Defendant's motion to compel, depart or in the alternative motion to withdraw plea and brief is denied without prejudice;

2) Defendant's motion to continue is denied as moot;

3) Plaintiff's objections to motion are overruled.

DATED this 18th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court