```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:93CR27
                               )
       v.                      )
                               )
SHANNON WILLIAMS,              )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion of Robert B. Creager to withdraw as counsel of record for defendant (Filing No. 701).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) The motion of Robert B. Creager to withdraw as counsel of record for defendant is granted.

2) The Office of the Federal Public Defender shall appoint Michael J. Tasset to represent defendant in this action.

3) The hearing currently scheduled for January 7, 2011, on the petition for offender under supervision (Filing No. 629) is rescheduled for:

**Friday, February 18, 2011, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
 LYLE E. STROM, Senior Judge
 United States District Court