```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:93CR27 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on defendant Shannon Williams' Motion to Withdraw Admissions and to Dismiss with Prejudice (Filing No. 705) and Motion for Reassignment (Filing No. 707).

IT IS ORDERED:

1. The Government shall file a response to Williams' motions by Monday, July 11, 2011; and

2. Defendant shall file a reply brief by Friday, July 15, 2011.

DATED this 30th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court