IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:93CR27
                             )
      v.                     )
                             )
SHANNON WILLIAMS,            )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to respond to defendant's motions to withdraw admissions and motion for reassignment (Filing No. 711). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until July 12, 2011, to submit briefs in response to defendant's motions.

DATED this 12th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court