UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 13-1273

United States of America

Appellee

v.

Shannon E. Williams

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:93-cr-00027-LES-1)

_____

### ORDER

Appellee's motion to hold this appeal in abeyance is granted, and the appeal will be stayed pending the resolution of Appeals Nos. 11-3437, 12-1941, 12-1949, and 13-1200, <u>United States v. Shannon Williams</u>.

May 07, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans